SEALED

1  PHILIP A. TALBERT
   Acting United States Attorney
2  KIMBERLY A. SANCHEZ
   CHRISTOPHER D. BAKER
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA   93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

7

FILED

OCT 27 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8
9                 IN THE UNITED STATES DISTRICT COURT
10                     EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,          CASE NO. 1: 1 6 CR · 0 0 1 7 3 DAD BAM
13          Plaintiff,                 MOTION AND ORDER TO
                                       SEAL INDICTMENT
14          v.
15  KHALIF CAMPBELL, ET AL.,
16          Defendants.
17
18
19

20       The government moves the Court, pursuant to Rule 6(e) of the
21  Federal Rules of Criminal Procedure, to order and direct that the
22  Indictment returned by the Grand Jury on October 27, 2016, 21 U.S.C
23  § 846-Conspiracy To Distribute Cocaine Base, aka "Crack" aka "Rock"
24  and 21 U.S.C. 853-Criminal Forfeiture, be kept secret until the
25  defendants named in this Indictment are either in custody or have
26  been given bail on these offenses; and further order that until such
27  time as the defendants are in custody or have been given bail, that
28  no person shall disclose the findings of the Indictment or any

Motion to Seal Indictment                    1

1  warrants issued pursuant thereto, except when necessary for the
2  issuance and execution of the warrants. This order is requested
3  because the United States is concerned that release of the Indictment
4  before arrest could lead the defendants to flee.

5  DATED: October 27, 2016              Respectfully submitted,

6                                       PHILLIP A. TALBERT
                                        United States Attorney
7

8                            By    /s/ Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
9                                  Assistant U.S. Attorney
10

11        IT IS SO ORDERED.

12  Dated:   October 27, 2016

13                                   _____
                                     U.S. Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28