**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant, KHALIF CAMPBELL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **1:16-CR-00173 DAD BAM** |
| Plaintiff, | |
| v. | **WAIVER OF APPEARANCE; [PROPOSED] ORDER.** |
| KHALIF CAMPBELL, | |
| Defendant. | |

**TO THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE, BY AND THROUGH ITS REPRESENTATIVES:**

Defendant KHALIF CAMPBELL by and through his attorney, ROGER D. WILSON, hereby applies to this Court for an Order waiving his appearance at the Status Conference currently scheduled for March 27, 2017 at 1:00 p.m., before the Honorable Magistrate Judge Barbara A. McAuliffe.  This request is made because discovery in the case is incomplete and counsel for Mr. Campbell will require additional time to review and analyze the voluminous discovery related to this matter in order to explore a meaningful disposition of the case.

Therefore, in all likelihood, a further status hearing will be scheduled at the next hearing.

///

Mr. Campbell has maintained regular and routine contact with his counsel, and gives his counsel full authority to act on his behalf at the next hearing. Mr. Campbell has discussed the upcoming Status Conference with counsel and is satisfied that all relevant matters have been adequately reviewed and explained.

Lastly, Mr. Campbell's counsel has discussed this waiver of appearance with counsel for the Government, who had no objection.

It is hereby requested that Defendant KHALIF CAMPBELL'S appearance at the March 27, 2017, Status Conference be excused.

Respectfully submitted,

Dated: March 10, 2017        By:        /s/ Roger D. Wilson
                                         **ROGER D. WILSON**
                                         Attorney for Defendant KHALIF CAMPBELL

--o0o--

### ORDER

Defendant KHALIF CAMPBELL'S request for a waiver of appearance came before this Court and based thereon, and for **GOOD CAUSE** shown, the **COURT ORDERS AS FOLLOWS**:

Defendant KHALIF CAMPBELL is hereby excused from appearing at the Status Conference currently scheduled March 27, 2017, at 1:00 p.m.
IT IS SO ORDERED.

Dated: **March 13, 2017**            /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE