# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
MAY 2 6 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| vs. | ) | Case No. 1:16-CR-00173-DAD-BAM-1 |
| Khalif Campbell | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Khalif Campbell_, have discussed with _Ryan Beckwith_, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the HOME DETENTION component of the Location Monitoring Program be replaced with the CURFEW component which will require the defendant to be restricted to his residence every day from 9:00 PM to 6:00 AM or as adjusted by the pretrial services officer for medical, religious services, employment or court ordered obligations.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5/22/17        _____  5/22/17
Signature of Defendant     Date          Pretrial Services Officer Services  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                                     5/26/17
Signature of Assistant United States Attorney                Date
Kim Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                     22 May 2017
Signature of Defense Counsel                                 Date
Roger Wilson

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _May 26, 2017_
[ ] The above modification of conditions of release is *not* ordered.

_____                                     5/26/2017
Signature of Judicial Officer                                Date

cc:   U.S. Attorney=s Office, Defense Counsel, Pretrial Services