**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
roger@wilson-law.com

Attorney for Defendant, KHALIF CAMPBELL,

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: **1:16-CR-00173-DAD-BAM** |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF RELEASE; [PROPOSED] ORDER.** |
| v. | |
| **KHALIF CAMPBELL,** | |
| Defendant. | |

Defendant KHALIF CAMPBELL, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record PHILLIP A. TALBERT, United States Attorney and KIMBERLY A. SANCHEZ, Assistant U.S. Attorney, hereby stipulates to the following modification of conditions of release:

1. By previous order, on November 7, 2016, MR. CAMPBELL was ordered released on his own recognizance subject to Location Monitoring and Home Detention, under the strict conditions imposed by the United States Pretrial Services Office.

2. On May 26, 2017, with the agreement of the government and pretrial services, Magistrate Judge Stanley A. Boone modified MR. CAMPBELL'S conditions of release replacing the Home Detention component of the Location Monitoring Program with a Curfew component. The Curfew restricts MR. CAMPBELL to his residence every day between the hours of 9:00 p.m. to 6:00 a.m.

3. During the months awaiting trial in the instant case, MR. CAMPBELL has been an active participant in the Better Choices Court Program (BCCP), has had no violations of his Location Monitoring, has tested clean for drugs, has maintained full time employment and has appeared in Court as directed. MR. CAMPBELL has close ties with his family and the local community.

4. Therefore it is stipulated that the requirements that MR. CAMPBELL abide by a curfew and submit to Location Monitoring be rescinded.

5. All other terms and conditions of release remain in full force and effect.

6. Pretrial Services officer has been advised and approves this modification.

IT IS SO STIPULATED.

DATED: 09/12/2017　　　　　　　　　　　　/s/ Kimberly A. Sanchez
　　　　　　　　　　　　　　　　　　　　KIMBERLY A. SANCHEZ
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: 09/12/2017　　　　　　　　　　　　/s/ Roger D. Wilson
　　　　　　　　　　　　　　　　　　　　ROGER D. WILSON
　　　　　　　　　　　　　　　　　　　　Attorney for Khalif Campbell

--o0o--

## **O R D E R**

IT IS SO FOUND AND ORDERED that the above Stipulation Modifying Conditions of Release is hereby approved and the modification set forth in paragraph Four (4) of the Stipulation is adopted as a finding by the Court.

IT IS SO ORDERED.

Dated: **September 13, 2017**　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE