**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant, KHALIF CAMPBELL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KHALIF CAMPBELL<br><br>Defendant. | Case No.: **1:16-CR-00173 DAD-BAM**<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON** |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant Khalif Campbell, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.

Defendant agrees that his interests shall be represented at all times by the presence of his attorneys of record the same as if Defendant were personally present, and requests that this court allow his attorneys-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at same time and place.

This request is made because Mr. Campbell has recently secured employment that would be negatively impacted by his appearance.

///

Respectfully submitted,

Dated: October 18, 2017   By: /s/ Khalif Campbell
**KHALIF CAMPBELL**
Defendant
(Original Signature in File)

Dated: October 18, 2017   By: /s/ *Roger D. Wilson*
**ROGER D. WILSON**
Attorney for Defendant
KHALIF CAMPBELL

--o0o--

## **ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **October 20, 2017**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE