**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant, KHALIF CAMPBELL,

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: **1:16-CR-00173-DAD-BAM** |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| v. | |
| **KHALIF CAMPBELL,** | Date: July 6, 2020 |
| Defendant. | Time: 10:00 a.m. |
| | Dept: 5 |

Defendant KHALIF CAMPBELL, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record MCGREGOR SCOTT, United States Attorney, and KIMBERLY A. SANCHEZ, Assistant U.S. Attorney, hereby stipulate as follows:

1. By previous order, on February 3, 2020, Sentencing was set for May 11, 2020, at 10:00 a.m. in Courtroom 5 before the Honorable Judge Dale A. Drozd.

2. By this stipulation, the parties request that the Sentencing date currently scheduled for May 11, 2020 be continued and a new Sentencing date of July 6, 2020, or at a time that is convenient to the court, be set.

///

///

1

3. Counsel for the Defendant recently became aware of an issue that might have an effect on Defendant's Sentencing. To resolve the issue, action by the Fresno County Superior Court is required. However, due to the Covid-19 pandemic, the Fresno County Superior Court is closed.

Counsel for defendant discussed the request to continue the current Sentencing date and request a new Sentencing date with Assistant United States Attorney Kimberly Sanchez before making the request of the Court.

IT IS SO STIPULATED.

DATED:      April 7, 2020                         /s/ Kimberly A. Sanchez
                                                  KIMBERLY A. SANCHEZ
                                                  Assistant United States Attorney


DATED:      April 7, 2020, 2020                   /s/ *Roger D. Wilson*
                                                  ROGER D. WILSON
                                                  Attorney for Khalif Campbell

--o0o--

**O R D E R**

Pursuant to the parties' stipulation, the currently scheduled sentencing hearing date of May 11, 2020 is hereby continued to July 6, 2020, at 10:00 am in Courtroom 5.

IT IS SO ORDERED.

Dated:   **April 7, 2020**                        _Dale A. Drozd_____
                                                  UNITED STATES DISTRICT JUDGE