(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant, KHALIF CAMPBELL,

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: **1:16-CR-00173-DAD-BAM** |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER.** |
| v. | |
| **KHALIF CAMPBELL,** | Date: August 10, 2020 |
| Defendant. | Time: 9:00 a.m. |
| | Dept: 5 |

    Defendant KHALIF CAMPBELL, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record MCGREGOR SCOTT, United States Attorney, and KIMBERLY A. SANCHEZ, Assistant U.S. Attorney, hereby stipulate as follows:

    1.    By previous order, on June 15, 2020, Sentencing was set for July 27, 2020, at 9:00 a.m. in Courtroom 5 before the Honorable Judge Dale A. Drozd.

    2.    By this stipulation, the parties request that the Sentencing date currently scheduled for July 27, 2020 be continued and a new Sentencing date of August 10, 2020, or at a time that is convenient to the court, be set.

///

///



3. Counsel for the Defendant recently became aware of an issue that might have an effect on Defendant's Sentencing. To resolve the issue, action by the Fresno County Superior Court is required.

4. However, due to the COVID-19 pandemic, the Fresno County Superior Court was ordered closed on April 6, 2020 by a General Order authorized by the Honorable Judge Arlen L. Harrell, Presiding judge of the Superior Court, Fresno County.

5. A General Order dated May 1, 2020, also issued by the Honorable Judge Harell, ordered the Court to remain closed until May 29, 2020.

6. Under General Order, dated May 22, 2020, cases previously scheduled and set on calendar to be heard between June 1, 2020 and June 12, 2020 were ordered reset and to be continued ten (10) to thirty (30) days out, thus effectively reopening the Court to limited operations beginning June 15, 2020.

7. On or about June 15, 2020, the parties stipulated that Defendant's Sentencing Date be continued to July 27, 2020.

8. On or about June 15, 2020, the issue affecting Defendant's sentencing remained un-resolved. Counsel for Defendant was unable to have the matter placed on calendar.

9. On or about June 22, 2020, Fresno County Superior Court scheduled Defendant's matter for hearing on August 7, 2020.

Counsel for defendant discussed the request to continue the current Sentencing date and request a new Sentencing date with Assistant United States Attorney Kimberly Sanchez before making the request of the Court.

IT IS SO STIPULATED.
DATED: July 14, 2020

KIMBERLY A. SANCHEZ
Assistant United States Attorney

DATED: July 14, 2020

/s/. *Roger D. Wilson*
ROGER D. WILSON
Attorney for Khalif Campbell

--o0o--

2

**O R D E R**

IT IS SO FOUND AND ORDERED that the above Stipulation to continue the currently scheduled Sentencing date of July 27, 2020; and to set a new Sentencing date of August 11, 2020, at 9:00 am.

IT IS SO ORDERED.

Dated:   **July 15, 2020**



UNITED STATES DISTRICT JUDGE



3