**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant KHALIF CAMPBELL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KHALIF CAMPBELL,<br><br>Defendant. | Case No.: **1:16-CR-00173-DAD-BAM**<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER.**<br><br>Date: August 11, 2020<br>Time: 9:00 a.m.<br>Dept: 5 |

Defendant KHALIF CAMPBELL, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record MCGREGOR SCOTT, United States Attorney, and KIMBERLY A. SANCHEZ, Assistant United States Attorney, hereby stipulate as follows:

1. By previous order, on July 15, 2020, Sentencing was set for August 11, 2020, at 9:00 a.m. in Courtroom 5 before the Honorable Judge Dale A. Drozd.

2. By this stipulation, the parties request that the Sentencing date currently scheduled for August 11, 2020 be continued and a new Sentencing date of October 5, 2020, or at a time that is convenient to the court, be set.

3. Counsel for the Defendant was finally able to schedule a hearing in the Fresno County Superior Court for Friday, August 7, 2020, to address Mr. Campbell's outstanding



1  "arrest warrant" on a 2008 misdemeanor case.

2      4.    Counsel for the Defendant attempted to attend to the warrant case much earlier, however, due to the COVID-19 pandemic, the Fresno County Superior Court was ordered closed on April 6, 2020 by a General Order authorized by the Honorable Judge Arlen L. Harrell, Presiding judge of the Superior Court, Fresno County.

    5.    A General Order dated May 1, 2020, also issued by the Honorable Judge Harrell, ordered the Court to remain closed until May 29, 2020.

    6.    Under General Order, dated May 22, 2020, cases previously scheduled and set on calendar to be heard between June 1, 2020 and June 12, 2020 were ordered reset and to be continued ten (10) to thirty (30) days out, thus effectively reopening the Court to limited operations beginning June 15, 2020.

    7.    On or about June 15, 2020, the parties stipulated that Defendant's Sentencing Date be continued to July 27, 2020.

    8.    On or about June 15, 2020, the issue affecting Defendant's sentencing remained unresolved. Counsel for Defendant was unable to have the matter placed on calendar.

    9.    On or about June 22, 2020, Fresno County Superior Court scheduled Defendant's matter for hearing on August 7, 2020.

    10.    By previous order, on July 15, 2020, Sentencing was set for August 11, 2020, at 9:00 a.m. in Courtroom 5.

    11.    Having just addressed the warrant issue for Defendant, Counsel desires to present a memorandum to the Court to update the Court on Defendant's status and the misdemeanor court case.

    12.    Further, Mr. Campbell is possibly facing a commitment to the Bureau of Prisons, and due to the COVID-19 pandemic and its serious effects on incarcerated persons, Counsel is concerned that incarceration at this time would not be prudent for Mr. Campbell or the jail or prison facility.

\\\\

\\\\

Counsel for Defendant discussed the request to continue the current Sentencing date and request a new Sentencing date with Assistant United States Attorney Kimberly Sanchez before making the request of the Court.

IT IS SO STIPULATED.

DATED: August 10, 2020             /s/ *Kimberly A. Sanchez*
                                   KIMBERLY A. SANCHEZ
                                   Assistant United States Attorney

DATED: August 10, 2020             /s/ *Roger D. Wilson*
                                   ROGER D. WILSON
                                   Attorney for Khalif Campbell

--o0o--

## **O R D E R**

IT IS SO FOUND AND ORDERED that the above Stipulation to continue the currently scheduled Sentencing date of August 11, 2020; and to set a new Sentencing date of October 5, 2020, at 10:00am in Courtroom 5, is hereby approved.

IT IS SO ORDERED.

Dated:   **August 10, 2020**                    _____
                                                UNITED STATES DISTRICT JUDGE

