**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant KHALIF CAMPBELL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: **1:16-CR-00173-DAD-BAM** |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER.** |
| v. | |
| **KHALIF CAMPBELL,** | Date: November 16, 2020 |
| Defendant. | Time: 9:00 a.m. |
| | Dept: 5 |

Defendant KHALIF CAMPBELL, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record MCGREGOR SCOTT, United States Attorney, and KIMBERLY A. SANCHEZ, Assistant United States Attorney, hereby stipulate as follows: Due to the need to accommodate the sentencing schedule and in light of the global COVID-19 pandemic, all parties now move to continue sentencing until January 5, 2021.

1. By previous order, on October 16, 2020, Sentencing was set for November 16, 2020, at 9:00 a.m. in Courtroom 5 before the Honorable Judge Dale A. Drozd.

2. By this stipulation, the parties request that the Sentencing date currently scheduled for November 16, 2020, be continued and a new Sentencing date of January 5, 2021, or at a time that is convenient to the court, be set.



3.      By this stipulation, the parties jointly request rescheduling the Sentencing date to January 5, 2021 at 9:00 a.m. The parties stipulate that the continuance is required to allow parties additional time to resolve certain sentencing issues raised during the previous sentencing hearing. The parties further agree that the interests of justice are served by granting this continuance.

Counsel for Defendant discussed the request to continue the current Sentencing date and request a new Sentencing date with Assistant United States Attorney Kimberly Sanchez before making the request of the Court.

IT IS SO STIPULATED.

DATED:  November 5, 2020              /s/ *Kimberly A. Sanchez*
                                      KIMBERLY A. SANCHEZ
                                      Assistant United States Attorney

DATED:   November 5, 2020             /s/ *Roger D. Wilson*
                                      ROGER D. WILSON
                                      Attorney for Khalif Campbell

--o0o--

**O R D E R**

**IT IS SO FOUND AND ORDERED** that pursuant to the Stipulation of the parties, the currently scheduled Sentencing date of November 16, 2020 is continued to January 4, 2021 at 10:00am in courtroom 5.

IT IS SO ORDERED.

Dated:   **November 10, 2020**        _____
                                      UNITED STATES DISTRICT JUDGE

