(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant KHALIF CAMPBELL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: **1:16-CR-00173-DAD-BAM** |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| v. | |
| **KHALIF CAMPBELL,** | Date: February 23, 2021 |
| Defendant. | Time: 9:00 a.m. |
| | Dept: 5 |

Defendant KHALIF CAMPBELL, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record MCGREGOR SCOTT, United States Attorney, and KIMBERLY A. SANCHEZ, Assistant United States Attorney, hereby stipulate as follows:

1. By previous orders, on July 15, 2020, October 16, 2020, November 10, 2020, December 18, 2020, and January 21, 2021, Sentencing was ultimately rescheduled to February 23, 2021 in Courtroom 5 before the Honorable Judge Dale A. Drozd.

2. By this stipulation, the parties request that the Sentencing date currently scheduled for February 23, 2021, be continued and a new Sentencing date of May 17, 2021, or at a time that is convenient to the court, be set.

3. Counsel for the Government and the Defendant have discussed a material

sentencing issue for Defendant and have a proposed resolution for that issue; however, due to the COVID-19 pandemic and the many "closure" and "shelter-in-place" orders by the Governor of California, the Fresno County Department Health and the Fresno City Council, Counsel have been unable to completely address and resolve the sentencing issue.

4.	Discussions between the Government and Counsel for Defendant have not concluded, therefore, Counsel desires additional time to resolve a material sentencing issue prior to sentencing Mr. Campbell.

5.	By this stipulation, the parties jointly request rescheduling the Sentencing date to May 17, 2021, at 9:00 a.m.  The parties stipulate that the continuance is required to allow parties additional time to resolve certain sentencing issues raised during the previous sentencing hearing. The parties further agree that the interests of justice are served by granting this continuance.

Counsel for Defendant discussed the request to continue the current Sentencing date and request a new Sentencing date with Assistant United States Attorney Kimberly Sanchez before making the request of the Court.

IT IS SO STIPULATED.

DATED:  February 17, 2021	/s/ *Kimberly A. Sanchez*
	KIMBERLY A. SANCHEZ
	Assistant United States Attorney

DATED:  February 17, 2021	/s/ *Roger D. Wilson*
	ROGER D. WILSON
	Attorney for Khalif Campbell

--o0o--



**O R D E R**

IT IS SO FOUND AND ORDERED that the above Stipulation to continue the currently scheduled Sentencing date of February 23, 2021; and to set a new Sentencing date of May 17, 2021, at 9:00 a.m., or at a time that is convenient to the court, is hereby approved.

IT IS SO ORDERED.

Dated:   **February 17, 2021**                    /s/ Dale A. Drozd
                                              UNITED STATES DISTRICT JUDGE

