HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:16-CR-00173-1-ADA |
| *Plaintiff,* | ) ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) ) | |
| KHALIF CAMPBELL, | ) ) | |
| *Defendant.* | ) ) ) | |

Defendant, Khalif Campbell, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release that began on June 1, 2021. The Federal Defenders Office has a conflict.

Mr. Campbell submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his Financial Affidavit, it is respectfully recommended that CJA counsel, Roger D. Wilson be appointed to assist Mr. Campbell with terminating his supervised release.

DATED: July 26, 2023                    /s/ Eric V Kersten
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA counsel, Roger D. Wilson, nunc pro tunc as of 5/26/23, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __July 26, 2023__         /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE