UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KHALIF CAMPBELL,<br><br>Defendant. | No. 1:16-cr-00173-DAD<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>(Doc. No. 174) |

On November 4, 2024, defendant Khalif Campbell, proceeding with counsel, filed a motion seeking early termination of his 48-month term of supervised release after successfully completing over 41 months of that term. (Doc. No. 174.) The court has determined that defendant's supervising probation officer, officer John Green, has no opposition to the termination of supervised release at this time in light of defendant Campbell's performance while under supervision. In addition, the court has confirmed that the government has no opposition to the granting of the motion.

Accordingly, good cause appearing, defendant Campbell's motion (Doc. No. 174) is granted and his term of supervised release is terminated forthwith.

IT IS SO ORDERED.

Dated:  **November 20, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1